_____
**Honorable Linda B. Riegle**
United States Bankruptcy Judge



Entered on Docket
May 02, 2013

---

CALEB M. ZOBRIST, ESQ.
NV BAR #11750
ZOBRIST LAW, LLC
330 E. Charleston Blvd, #100
Las Vegas, NV 89104
Phone (702) 400-0000
Facsimile (702) 400-0001
Zobristlaw@gmail.com
Attorney for Debtor

E-FILED:    05/01/2013

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **IN RE** | Case No.: 13-12239-LBR |
| | Chapter 7 |
| **BRYANT L ROSE ,** | |
| | Hearing Date:    May 1, 2013 |
| **Debtor.** | Hearing Time:    9:30 AM |

### ORDER GRANTING MOTION TO REDEEM VEHICLE

THIS MATTER having come before the Court for a hearing on May 1st, 2013, on BRYANT L ROSE (hereinafter "Debtor") Motion to Redeem Vehicle Pursuant to 11 U.S.C. §

722; Caleb Zobrist, Esq., appearing on behalf of the Debtor. No other parties appeared and/or filed objections.

This Court having reviewed the Motion and based upon the papers and pleadings on file herein, and good cause appearing:

THEREFORE, IT IS HEREBY ORDERED THAT Debtor's Motion to Redeem Vehicle Pursuant to 11 U.S.C. § 722 be GRANTED; and

IT IS FURTHER ORDERED THAT Debtor's vehicle be redeemed for $ 12,679.60, payable to Secured Creditor within ten (10) days of the entry of this order; and

IT IS FURTHER ORDERED THAT Secured Creditor shall release the Vehicle's title to RightSize Funding, LLC within ten (10) days of receipt of the redemption amount.

IT IS SO ORDERED.


DATED this __1st__ day of ___May_____, 2013.


Submitted by:


ZOBRIST LAW, LLC


By:__/s/ Caleb Zobrist_____
    Caleb M. Zobrist, Esq.
    NV Bar #11750
    330 E. Charleston Blvd, #100
    Las Vegas, NV 89104
    (702) 400-0000 / Facsimile (702) 400-0001
    Zobristlaw@gmail.com
    Attorneys for Debtor

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

_____  The Court has waived the requirement set forth in LR 9021(b)(1).

_____  No party appeared at the hearing or filed an objection to the motion.

_____  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

\_\_\_\_x\_\_\_\_  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.